### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **VISION BANK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.10-00172-N |
| | ) |
| **ALGERNON LAND CO., LLC, ET. AL.,** | ) |
| | ) |
| Defendants. | ) |

### SE PROPERTY HOLDINGS, LLC'S MOTION FOR SUBSTITUTION OF PARTIES

**COMES NOW** the Plaintiff, Vision Bank, and pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, respectfully moves of this Court to issue an Order substituting SE Property Holdings, LLC ("SE Property"), in its place in this action as the party Plaintiff. In support thereof, SE Property would show as follows:

Federal Rule of Civil Procedure 25(c) provides for the substitution of parties where a transfer of interest has occurred during litigation. *See* Fed.R.Civ.P. 25(c). Herein, as supported the supporting Certificate of Merger and Transfer, a complete merger and transfer of interest of this action has been made unto, and accepted by SE Property from Vision Bank. As a result of that transfer and acceptance, pursuant to Rule 25(c), SE Property Holdings, LLC should be named in this action as and in place of the original Plaintiff.

WHEREFORE, SE Property Holdings, LLC, respectfully requests that this Court allow SE Property Holdings, LLC, be substituted for Vision Bank as the named Plaintiff in this action.

Respectfully submitted,

/s/ Gilbert L. Fontenot
GILBERT L. FONTENOT (FON003)
Attorney for SE Property Holdings, LLC

OF COUNSEL:
MAPLES & FONTENOT, LLP
Mobile, AL 36633
(251) 445-2083
(251) 432-3629 (Fax)

## **CERTIFICATE OF SERVICE**

      I, the undersigned, Attorney, hereby certify that I have served a copy of the foregoing pleading upon counsel to all parties listed below by mailing a copy thereof to each one at his last known mailing address by PACER or U.S. Mail, properly addressed, first class postage paid on March 6, 2012.

Braxton L. Kittrell, Jr.
Jule R. Herbert, Jr.
Jim L. DeBardelaben

/s/Gilbert L. Fontenot
GILBERT L. FONTENOT